U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 2 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| PEGGY SUZANNE POWELL | : | CIVIL ACTION NO.: 5:07CV0483 |
| VERSUS | : | JUDGE WALTER |
| SCOTTY HILL | : | MAGISTRATE JUDGE HORNSBY |

### ORDER

CONSIDERING the Motion to Stay Discovery, the motion is granted and all discovery is stayed until ~~the immunity issues are resolved adversely to defendants and with finality.~~ further order of the court.

Shreveport, Louisiana this 22 day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE