U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 1 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PEGGY SUZANNE POWELL | CIVIL ACTION NO. 07-cv-0483 |
| VERSUS | JUDGE WALTER |
| SCOTTY HILL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorney Fees (Doc. 84) is **granted** and Defendant Scotty Hill is ordered to pay to Peggy Suzanne Powell $129,750.00 in attorney fees.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 13th day of November, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE